1  David S. Elkins (State Bar No. 148077)
   Joseph P. Grasser (State Bar No. 255156)
2  SQUIRE SANDERS (US) LLP
   600 Hansen Way
3  Palo Alto, CA  94304
   (650) 856-6500
4  David.elkins@squiresanders.com
   Joseph.grasser@squiresanders.com
5
   Thomas L. Duston (*pro hac vice*)
6  Scott A. Sanderson (*pro hac vice*)
   Tron Fu (*pro hac vice*)
7  MARSHALL, GERSTEIN & BORUN LLP
   233 S. Wacker Drive
8  6300 Willis Tower
   Chicago, IL  60606
9  (312) 474-6300
   Tduston@marshallip.com
10 ssanderson@marshallip.com
   tfu@marshallip.com
11
   *Attorneys for Defendant, Groupon, Inc.*
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EVOLUTIONARY INTELLIGENCE LLC, | Case No. 3:13-cv-04204-SI |
|---|---|
| Plaintiff, | [**PROPOSED**] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO MOVE INITIAL CASE MANAGEMENT CONFERENCE DATE |
| v. | |
| GROUPON, INC., | |
| Defendant. | |

Presently before the Court is defendant Groupon, Inc.'s ("Groupon") Miscellaneous Administrative Request to move the date of the Initial Case Management Conference from December 19, 2013 to January 24, 2014 to coincide with the Initial Case Management Conference in the case *Evolutionary Intelligence, LLC v. Facebook, Inc.*, Case No. 13-cv-04202-SI (the "Facebook Action") and the hearing of Groupon and Facebook, Inc.'s substantively similar Motions to Stay.  Having considered the arguments for and against Groupon's request, and **GOOD CAUSE** appearing, the Court hereby **GRANTS** the Groupon's request as follow:

The Court resets the Initial Case Management Conference from December 19, 2013 to January 24, 2014. `at 2:30 p.m.`

**IT IS SO ORDERED.**

Dated:   December   12, 2013                            

                                     HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT JUDGE