David S. Elkins (State Bar No. 148077)
Joseph P. Grasser (State Bar No. 255156)
SQUIRE SANDERS (US) LLP
600 Hansen Way
Palo Alto, CA  94304
(650) 856-6500
David.elkins@squiresanders.com
Joseph.grasser@squiresanders.com

Thomas L. Duston (*pro hac vice*)
Scott A. Sanderson (*pro hac vice*)
Tron Fu (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Drive
6300 Willis Tower
Chicago, IL  60606
(312) 474-6300
Tduston@marshallip.com
ssanderson@marshallip.com
tfu@marshallip.com

*Attorneys for Defendant, Groupon, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE LLC,<br><br>                     Plaintiff,<br><br>           v.<br><br>GROUPON, INC.,<br><br>                     Defendant. | Case No. 3:13-cv-04204-SI<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO MOVE INITIAL CASE MANAGEMENT CONFERENCE DATE |

Presently before the Court is defendant Groupon, Inc.'s ("Groupon") Miscellaneous Administrative Request to move the date of the Initial Case Management Conference from December 19, 2013 to January 24, 2014 to coincide with the Initial Case Management Conference in the case *Evolutionary Intelligence, LLC v. Facebook, Inc.*, Case No. 13-cv-04202-SI (the "Facebook Action") and the hearing of Groupon and Facebook, Inc.'s substantively similar Motions to Stay.  Having considered the arguments for and against Groupon's request, and **GOOD CAUSE** appearing, the Court hereby **GRANTS** the Groupon's request as follow:

The Court resets the Initial Case Management Conference from December 19, 2013 to January 24, 2014. at 2:30 p.m.

**IT IS SO ORDERED.**

Dated:   December   12, 2013



HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE